## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Keyon D. Harper

       Debtor

Chapter 13
21-30549-KRH

3710 Colonnade Drive
Colonial Heights, Va. 23834

Last four digits of Social Security No 6362

## NOTICE OF MOTION AND NOTICE OF HEARING
### Motion to Approve a Loan Modification.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **21 days after notice**, you or your attorney must:

> ✓ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
>
> **Clerk of Court**
> **United States Bankruptcy Court**
> **701 E. Broad Street, Room 4000**
> **Richmond, VA 23219**

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

---

In re: Keyon D. Harper

    Debtor

Case No. 21-30549-KRH

Chapter 13

<u>You must also mail a copy to</u>:

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219

✓ **<u>Attend a hearing on March 30th at 12:00 P.M. scheduled at Judge Huennekens Courtroom 5000 , 701. E. Broad Street, Richmond, VA 23219</u>** .

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  February 25, 2022

By: /s/Joseph S. Massie, III
Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I sent, electronically, or mailed a true and exact copy of the foregoing **Notice of Motion** to all necessary parties.

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

In re: Keyon D. Harper                                    Case No. 21-30549-KRH

Debtor                                                                    Chapter 13

Argent Credit Union
Attn: Bankruptcy
Po Box 72
Chesterfield, VA 23832

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Conns
Attn: Bankruptcy
2445 Technology Forest Blvd, Bldg 4, Ste

The Woodlands, TX 77381
Continental Finance Co
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First Electronic Bank
Attn: Bankruptcy
Po Box 521271
Salt Lake City, UT 84152

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

In re: Keyon D. Harper                                    Case No. 21-30549-KRH

Debtor                                                                Chapter 13

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Genesis FS Card
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawrenceville, GA 30043

Nations Direct Mortgag
1 Corporate Dr
Lake Zurich, IL 60047

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Protas, Spivok & Collins, LLC
4330 East West Highway
Bethesda, MD 20814

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

In re: Keyon D. Harper                              Case No. 21-30549-KRH

　　　　Debtor                                          Chapter 13

Syncb/walmart
Synchrony Car Care
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Total Visa/The Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118

Trac/CBCD/Citicorp
Citicorp Credit/Centralized Bankruptcy
Po Box 6497
Sioux Falls, SD 57117

Virginia Credit Union
Attn: Bankruptcy
Po Box 90010
Richmond, VA

|  |  |
|---|---|
| February 25, 2022 | RESPECTFULLY SUBMITTED<br>Keyon D. Harper<br><br>By: /s/Joseph S. Massie, III |

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

| In re: Keyon D. Harper | Case No. 21-30549-KRH |
|---|---|
| Debtor | Chapter 13 |

Virginia Credit Union
Attn: Bankruptcy
Po Box 90010
Richmond, VA 23225

Woodforest National Bank
Attn: Bankruptcy
Po Box 7889
The Woodlands, TX 77387


Joseph S. Massie, III

115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

| In re: Keyon D. Harper | Case No. 21-30549-KRH |
|---|---|
| Debtor | Chapter 13 |

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Keyon D. Harper            Case No. 21-30549-KRH

    Debtor                          Chapter 13

## MOTION TO APPROVE A LOAN MODIFICATION

COMES NOW, Keyon D. Harper ("the Debtor"), by counsel and moves this Court to Approve a Loan Modification. As reasons therefore, the Debtors state the following:

1. Debtor filed their petition under Chapter 13 of the United States Bankruptcy Code, February 22, 2021 and has at all times since continued in possession of his property.

2. The Debtor's plan has been confirmed..

3. The Debtors' real estate which is the subject of this Motion is briefly described as 3710 Colonnade Drive, South Chesterfield, Va. 23834. The legal description is as follows:

### LEGAL DESCRIPTION

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, LYING AND BEING IN CHESTERFIELD COUNTY, VIRGINIA, KNOWN AND DESIGNATED AS LOT 24, BLOCK B, SECTION A, COLONIAL PINE ESTATES, ON PLAT OF SURVEY RECORDED JANUARY 4, 1978, IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF CHESTERFIELD COUNTY, VIRGINIA, IN PLAT BOOK 30, PAGES 28, 29, 30,

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

In re: Keyon D. Harper           Case No. 21-30549-KRH

    Debtor                       Chapter 13

REFERENCE TO WHICH PLAT IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION.

PARCEL ID:

BACK DEED
GRANTOR: DENNIS D. PARMENTER
GRANTEE: DENNIS D. PARMENTER AND DIANE R. PARMENTER, HUSBAND AND WIFE, AS TENANTS BY THE ENTIRETIES
WITH THE
RIGHT OF SURVIVORSHIP AS AT COMMON LAW
BOOK/PAGE: 6403/288
DATED: 05/12/2005 RECORDED: 05/25/2005 VESTING: YES
CONSIDERATION AMOUNT: 1.00

BEING THE SAME PROPERTY AS TRANSFERRED BY WARRANTY DEED ON 08/06/2014 AND RECORDED 08/19/2014 FROM DENNIS D. PARMENTER AND DIANE R. PARMENTER, HUSBAND AND WIFE TO KATHRYN - JANE M. SANDOVAL AND RICHARD E. SANDOVAL, RECORDED IN BOOK 10627 AND PAGE 52

**Pursuant to Rule 6004-4, please be advised of the following:**

1. The original principal amount of the loan before modification is **$184,594.00**
2. The principal amount of the loan immediately after modification is **$168,630.32**
3. The interest rate applicable before modification remains the same.
4. The monthly mortgage payment is $1404.74.
5. The new monthly mortgage payment is $1,160.69.
6. The Debtor is entering into a Subordinate Deed of Trust for $7178.92
7. The Subordinate Deed of Trust is due 04/01/2047 if not paid earlier.
8. The interest rate applicable to the loan immediately after modification is **3.75**%.
9. The maturity date of the loan before modification **04/01/2047..**
10. The maturity date of the loan after modification is 03/01/2052.

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

In re: Keyon D. Harper                          Case No. 21-30549-KRH

            Debtor                                                Chapter 13

4. The Debtor request that the Court enter an Order granting their Motion to approve their Loan Modification and to grant them such other and further relief in this matter as appropriate.

WHEREFORE, Debtors pray that the Motion to Approve a Loan Modification be granted.

February 25, 2022

RESPECTFULLY SUBMITTED
Keyon D. Harper

By: /s/Joseph S. Massie, III
Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion to Approve a Loan Modification** to all necessary parties.

February 25, 2022

RESPECTFULLY SUBMITTED
Keyon D. Harper

By: /s/Joseph S. Massie, III
Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
aorange@massielawfirm.com

In re: Keyon D. Harper

Debtor

Case No. 21-30549-KRH

Chapter 13

<u>aorange@massielawfirm.com</u>

Joseph S. Massie, III
Attorney for the Debtor
115 North 1st Street
Suite 100
Richmond, VA 23219

Keyon D. Harper
3710 Colonnade Drive
Colonial Heights, Va. 23834

Carl M. Bates
P.O. Box 1819
Richmond, Va. 23218

Joseph S. Massie, III
115 North 1st Street
Suite 100
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
<u>aorange@massielawfirm.com</u>

In re: Keyon D. Harper            Case No. 21-30549-KRH

Debtor                            Chapter 13